```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRYSTINA RODRIGUEZ-VALLEJO,

      Plaintiff,

-against-

FLORISUN LLC, d/b/a "Dazed" and "Dazed Cannabis",

      Defendant.

1:25-CV-06853 (MMG)

ORDER OF SERVICE

MARGARET M. GARNETT, United States District Judge:

  Plaintiff Krystina Rodriguez-Vallejo, of Brooklyn, New York, who is proceeding *pro se*, asserts claims of retaliation and sex-based employment discrimination under Title VII of the Civil Rights Act of 1964 as well as under the New York State and City Human Rights Laws. She sues her former employer, Florisun LLC ("Florisun"), of New York, New York, which allegedly does business as "Dazed" and "Dazed Cannabis."

  By order dated August 27, 2025 (Dkt. No. 6), the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. The Court directs service on Florisun.

## DISCUSSION

  Because Plaintiff has been granted permission to proceed IFP, she is entitled to assistance from the Court and the United States Marshals Service ("USMS") to effect service..[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date that the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that a summons issue. The Court therefore extends the time to serve Florisun until 90 days after the date that a summons for Florisun issues.

court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (permitting the court to order the USMS to effect service if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Florisun through the USMS, the Clerk of Court is respectfully directed to fill out a USMS Receipt and Return form ("USM-285 form") for Florisun. The Clerk of Court is further respectfully directed to issue a summons for Florisun and deliver to the USMS all the paperwork necessary for the USMS to effect service upon Florisun.

If the complaint is not served on Florisun within 90 days after the date that the summons for Florisun is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss this action if she fails to do so.

## CONCLUSION

The Court respectfully directs the Clerk of Court to mail an information package to Plaintiff.

The Court also respectfully directs the Clerk of Court to: (1) issue a summons for Florisun LLC; (2) complete a USM-285 form with the service address for that defendant; and (3) deliver all documents necessary to effect service of a summons and the complaint on that defendant to the USMS.

SO ORDERED.

Dated:  October 6, 2025
        New York, New York

_____
MARGARET M. GARNETT
United States District Judge

## SERVICE ADDRESS FOR DEFENDANT

Florisun LLC, doing business as "Dazed" and "Dazed Cannabis"
33 Union Square West
New York, New York 10003