USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRYSTINA RODRIGUEZ-VALLEJO,
Plaintiff,

-against-

FLORISUN LLC,
Defendant.

25-CV-06853 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

This is a discrimination lawsuit. *Pro se* Plaintiff Krystina Rodriguez-Vallejo alleges her former employer, Defendant Florisun, LLC, discriminated against her due to her pregnancy. Plaintiff pleaded federal and state-law claims. On January 6, 2026, Defendant moved to dismiss for failure to state a claim. Dkt. No. 15. On July 15, 2026, the Court granted the motion as to the federal claims and provided Plaintiff until August 13, 2026, to file an amended claim addressing the issues identified in the opinion. Dkt. No. 17. The Court also reasoned it would decline to exercise supplemental jurisdiction over Plaintiff's state-law claims unless she could state a claim under federal law. *Id.* "Plaintiff is warned that, if she fails to file an amended complaint by the deadline, the Court will dismiss her federal claims with prejudice, dismiss her state-law claims for lack of subject matter jurisdiction, and enter a judgment in favor of Defendant." *Id.* at 8. Plaintiff never filed an amended complaint or sought an extension of her time to do so. Accordingly, consistent with and for the reasons discussed in the Court's July 15, 2026 Opinion & Order, this lawsuit is DISMISSED without prejudice. The Clerk of Court is respectfully directed to close this case.

Dated: August 18, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge