**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

KRYSTINA RODRIGUEZ-VALLEJO,

Plaintiff,

-against-

FLORISUN LLC,
*DBA DAZEDE AND DAZED CANNABISE*

Defendant.

-----------------------------------------------------------------------X

25 **CIVIL** 6853 (MMG)

## <u>JUDGMENT</u>

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 15, 2026 and Order dated August 18, 2026, Defendant's motion to dismiss is GRANTED. Accordingly, this lawsuit is DISMISSED without prejudice and the case is closed.

**Dated:** New York, New York

August 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**